IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY S. BENNICAS** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CHRISTOPHER T. SPADONI** | : | NO. 02-3815 |

### O R D E R

**AND NOW**, this        day of July, 2002, upon review of plaintiff's complaint seeking $5 million in damages pursuant to 42 U.S.C. § 1983 from his former defense attorney whose alleged ineffectiveness and unprofessional conduct resulted in plaintiff's guilty plea to state charges and his current incarceration, as a criminal defense attorney does not act under color of state law in representing his accused client and thus is not subject to suit under § 1983, see Briscoe v. LaHue, 460 U.S. 325, 329 n.6 (1983), pursuant to 28 U.S.C. § 1915(e)(2)(B), **IT IS HEREBY ORDERED** that the above action is **DISMISSED**.

BY THE COURT:


_____
**JAY C. WALDMAN, J.**